UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAR 4 2014
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DALE TASKER,<br><br>Defendant. | Criminal No. 2:14cr18<br><br>Violation:  18 U.S.C. § 871(a)<br>18 U.S.C. § 879(a)(2) |

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

(Threats Against the President of the United States)

On or about December 3, 2013, at or near Belington, Barbour County, West Virginia, within the Northern District of West Virginia, defendant, **ROBERT DALE TASKER,** did knowingly and willfully deposit for conveyance in the mail and for delivery from any post office and by any letter carrier any letter, paper, and writing containing any threat to take the life of and to inflict bodily harm upon the President of the United States.

IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 871(a).

## COUNT TWO

(Threats Against Family Members of the President of the United States)

On or about December 3, 2013, at or near Belington, Barbour County, West Virginia, within the Northern District of West Virginia, defendant, **ROBERT DALE TASKER,** knowingly and willfully threatened to kill and inflict bodily harm on members of the immediate family of the President of the United States.

IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 879(a)(2).

## **COUNT THREE**

(Threats Against the President of the United States)

On or about December 9, 2013, at or near Belington, Barbour County, West Virginia, within the Northern District of West Virginia, defendant, **ROBERT DALE TASKER,** did knowingly and willfully deposit for conveyance in the mail and for delivery from any post office and by any letter carrier any letter, paper, and writing containing any threat to take the life of and to inflict bodily harm upon the President of the United States.

IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 871(a).

## COUNT FOUR

(Threats Against the President of the United States)

On or about February 10, 2014, at or near Belington, Barbour County, West Virginia, within the Northern District of West Virginia, defendant, **ROBERT DALE TASKER,** did knowingly and willfully deposit for conveyance in the mail and for delivery from any post office and by any letter carrier any letter, paper, and writing containing any threat to take the life of and to inflict bodily harm upon the President of the United States.

IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 871(a).

A True Bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/
WILLIAM J. IHLENFELD, II
United States Attorney